CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

March 30, 2026

LAURA A. AUSTIN, CLERK
BY:  s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE  DIVISION**

| | | |
|---|---|---|
| **TIMOTHY W. WRIGHT, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00485 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **VIRGINIA DEPARTMENT OF CORRECTIONS, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| | ) | |
| Defendants. | ) | |

*Timothy W. Wright, Jr., Pro Se Plaintiff.*

The plaintiff, a Virginia inmate proceeding pro se, filed this action under 42 U.S.C. § 1983, claiming that the defendants have not provided him with requested accommodations for his disabilities pursuant to the Americans with Disabilities Act.

Wright has recently refused to accept two mailings sent to him from the court, and they were returned as undeliverable.  Along with the first returned mailing, a mailroom official stated that "[i]nmate Wright has refused his legal mail after been given 3 attempts to accept it."  Mail Ret. 2, Dkt. No. 13.  On the envelope of the second returned mailing, "[i]nmate T. Wright has refused to accept this letter" was written to explain the return.  Mail Ret. 2, Dkt. No 15.  Also included with the returned mailing was an "Inmate Legal Mail Log – 3/17/2026" demonstrating that it was the third attempt to give Wright the mail.  *Id.* at 3.  Wright signed and dated the

mail log after writing "refused, illegal copying, search, seizure and destruction." *Id.*

Wright was advised of the importance of staying in contact with the court at the onset

of his case. Order 4, Dkt. No. 4.

Wright's consistent refusal to accept mail from the court hinders the court's

ability to effectively communicate with him regarding his litigation and prevents the

matter from proceeding. Accordingly, the court concludes that Wright may have

lost interest in prosecuting this action and will, therefore, dismiss it without

prejudice. *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that

Federal Rule of Civil Procedure 41(b) provides an explicit basis for courts to dismiss

a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice.

ENTER:   March 30, 2026

/s/  JAMES P. JONES
Senior United States District Judge

-2-